■ JENNIFER FIORE, Appellant, v DEBERBIERI ASSOCIATES, INC., et al., Respondents. [990 NYS2d 876]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Molia, J.), dated February 22, 2013, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendants made a prima facie showing of their entitlement to judgment as a matter of law through the deposition testimony of the plaintiff and the defendants' representative. The testimony established that the condition over which the plaintiff tripped was open and obvious and not inherently dangerous (see Bouton v City of Newburgh, 113 AD3d 715, 715 [2014]; Capasso v Village of Goshen, 84 AD3d 998, 999-1000 [2011]; Ramos v Cooper Invs., Inc., 49 AD3d 623, 624 [2008]; Colao v Community Programs Ctr. of Long Is., Inc., 29 AD3d 723, 724 [2006]; Matone v DGM Partners Rye Ltd. Partnership, 6 AD3d 585, 586 [2004]; see also Nunez-Wilson v Carmo Realty, 85 AD3d 888 [2011]). In opposition, the plaintiff failed to raise a triable issue of fact (see Matone v DGM Partners Rye Ltd. Partnership, 6 AD3d at 586). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Balkin, J.P., Austin, LaSalle and Barros, JJ., concur.